■ In the Matter of LISA E., a Child Alleged to be Neglected. DEBRA E., Appellant; CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 1.) [617 NYS2d 657] —Appeal unanimously dismissed without costs. Memorandum: An appeal from a dispositional order of Family Court brings up for review the propriety of a fact-finding order (see, Matter of Kyung C., 169 AD2d 721). (Appeal from Order of Chautauqua County Family Court, Hartley, J.—Neglect.) Present—Lawton, J. P., Fallon, Wesley, Callahan and Davis, JJ.

■ In the Matter of LISA E., a Child Alleged to be Neglected. DEBRA E., Appellant; CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [617 NYS2d 658] —Order unanimously affirmed without costs for reasons stated in decision at Chautauqua County Family Court, Hartley, J. (Appeal from Order of Chautauqua County Family Court, Hartley, J.—Neglect.) Present—Lawton, J. P., Fallon, Wesley, Callahan and Davis, JJ.